FD-597 (Rev. 4-13-2015)                                                                                           Page 1 of 5

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID: 192B-DE-3037633

On (date) 4/5/2021

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Souheil Khalife
(Street Address) 21700 GREENFIELD RD STE 365
(City) OAK PARK, MI

**Description of Item(s):**

1 - Appraisal documents
2 - Transaction records
3 - Appraisal documents
4 - Bank statements
5 - Receipts inside plastic Meijer bag
6 - Box of receipts
7 - Box of receipts
8 - Tax records, bank statements, and financial documents
9 - Tax records, bank statements, and financial documents
10 - $659 USD
11 - Envelope receipts
12 - $787 USD
13 - Kay Jewelers ring box
14 - Bank receipt for Souheil K Khalife
15 - Tax, investment, financial documents
16 - Brian Moore & Ramy receipts
17 - Investment and financial documents
18 - $500 USD
19 - $34,640 USD

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

| | |
|---|---|
| 20 - 14C White Gold, 1/3c princess center, 2 tear drop sapphires (SKU #20013448) | |
| 21 - Rose-gold, 3 stone diamond ring, 1/2 c princess cut center stone (SKU #992294001) | |
| 22 - Gold Chain | |
| 23 - White gold, round center stone (GIA# CEL55303100103) | |
| 24 - White gold, diamond ring center princess cut (No number) | |
| 25 - White gold diamond ring, princess cut (IGI# 32921058) | |
| 26 - Round Cut Diamond (GSI# 49681400403) | |
| 27 - 1 1/2c round cut diamond (GSI# 20329900109) | |
| 28 - Cushion Cut Diamond (GSI# 52470800314) | |
| 29 - Customer receipts | |
| 30 - Customer receipts | |
| 31 - Round cut diamond (GSI# 19268400901) | |
| 32 - Round cut diamond (GSI# 55825200101) | |
| 33 - 2 marquis cut diamonds (GIA# unreadable) | |
| 34 - Oval cut diamond (GIA# unreadable) | |
| 35 - 2 marquis cut diamonds and 2 diamond earrings (GIA#s unreadable) | |
| 36 - Round cut diamond (GSI# 31919800101) | |
| 37 - Round cut diamond (GSI# 51425500107) | |
| 38 - Princess cut diamond (IGI# 33721198) | |
| 39 - Marquis cut diamond (GSI# 52100200201) | |
| 40 - Princess cut diamond (GSI# 51801100704) | |
| 41 - Princess cut diamond (GSI# 9396300114T) | |
| 42 - Cushion cut diamond (GSI# 5294130018) | |
| 43 - Cushion cut diamond (GSI# 52450800102) | |
| 44 - Heart-shaped diamond (IGI# 31835911) | |
| 45 - Princess cut diamond (GSI# 25346600906) | |
| 46 - Heart-shaped diamond (GSI# 52011900113) | |
| 47 - Cushion cut diamond (IGI# 3060971B) | |
| 48 - Marquis cut diamond (GSI# 14376600817) | |

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

| |
|---|
| 49 - Celebration grand princess cut diamond (GIA# CEL815976) |
| 50 - Diamond solitaire, round cut (LEO 185391) |
| 51 - Diamond solitaire, princess cut (LEO# 21256285) |
| 52 - 2 carat princess cut (GSI# 61776500101) |
| 53 - $134,294 USD |
| 54 - $500 USD Bill |
| 55 - $1000 USD Bill |
| 56 - White gold diamond ring, round cut center stone (SH GSI# 51662900703) |
| 57 - Diamond ring, round cut center stone (LEO# 2044965) |
| 58 - White gold celebration ring, oval cut center stone (GIA# CEL797266) |
| 59 - 2 carat diamond solitair ring w/ band inscription, 14k LSC-09 |
| 60 - White gold diamond ring, cushion cut center stone (GSI# 12167800101) |
| 61 - Princess cut diamond (GSI# 39879900104) |
| 62 - Gold wedding set, marquis center stone with surrounding diamonds and gold band |
| 63 - Diamond Earring, round cut (GIA# 2247325286) |
| 64 - Square cut diamond (.81ct E SI2) (GIA# 2286084058) |
| 65 - Rectangle cut diamond (.43ct H SI2) (GIA# 1196169180) |
| 66 - Oval cut diamond (1ct J VS2) (GIA# 1329582158) |
| 67 - Cushion cut diamond (1.02ct G SI2) (GIA# 2287081049) |
| 68 - Diamond ring with rectangle cut center stone (1ct G SI1) (GIA# 11692527) |
| 69 - Cushion cut diamond (1.2ct G SI1) (GIA# 2193994363) |
| 70 - Marquis cut diamond (.71ct F SI2) (GIA# 2173402661) |
| 71 - Set of 2 round cut diamond earrings (GIA# 8281206588 & GSI# 51853700106) |
| 72 - Mold of MSP Badge 1377 |
| 73 - Round brilliant diamond (1.2 ct G VS1) (GIA# 2156320476) |
| 74 - Round brilliant diamond earring (3 ct J VS1) (GIA# 2205474219) |
| 75 - Rose gold ring, round cut center stone surrounded by smaller diamonds (SKU# 992855205) |
| 76 - Rose gold diamond ring with rectangle cut center stone (SKU# 992548406) |
| 77 - White gold diamond ring with 3 round cut stones (LEO 545698) |

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

# RECEIPT FOR PROPERTY

| |
|---|
| 78 - White gold diamond soitaire ring with round cut stone (GSI# 80020100123T) |
| 79 - White gold diamond solitaire ring with round cut stone (LEO# 2107859) |
| 80 - Rose gold diamond ring with round cut center stone (GSI# 53682600125) |
| 81 - Round cut diamond (Unk# 2254708007) |
| 82 - Gold ring with round cut center diamond (Unk# 7829992) |
| 83 - Round cut diamond (1.02 ct H SI3) (EGL# 904127205) |
| 84 - Oval cut diamond (IGI 451079147) |
| 85 - White gold celebration grand ring with rectangle cut center stone (GIA# CEL 100932) |
| 86 - White gold solitaire ring with round cut diamond (Helzburg 104060309133) |
| 87 - Loose marquis cut diamond (No number on gem) EGL 903395903 |
| 88 - White gold diamond solitaire ring with round cut stone (SH GSI# 16433200316) |
| 89 - 1 marquis cut diamond (EGL# US 84865251D) |
| 90 - White gold diamond solitaire ring with round cut stone (GSI# 8588400217T) |
| 91 - Rose gold ring with rectangle cut center stone (SKU# 20258692, CEL101559) |
| 92 - Set of 2 rings, one with round cut center diamond (LEO# 5411627) |
| 93 - White gold celebration grand ring with oval cut center stone (GIA# CEL53127600103) |
| 94 - White gold diamond solitaire ring with round cut diamond (Helzburg# 104050190003) |
| 95 - Ring with round cut center stone and 2 round cut side stones (SH GSI# 53333500206T) |
| 96 - White gold diamond solitaire ring with round cut stone (LEO# 010177824) |
| 97 - Cushion cut diamond (GSI# 12546707201) |
| 98 - White gold diamond solitaire ring with round cut stone (UNK# 104053367109) |
| 99 - Rose gold ring with round cut center diamond (GIA# CEL807002) |
| 100 - White gold diamond solitaire ring with round cut stone (LEO# 237204) |
| 101 - White gold diamond ring with round cut center stone (AGSL# 104061825006) |
| 102 - White gold ring with round cut diamond solitaire (0.4c round brilliant) (GIA# 1275014069) |
| 103 - Set of 2 gold rings, one with a square cut diamond solitaire (SH IGI# 32924252) |
| 104 - Cushion cut diamond (1.01ct G SI1) (GIA# 2244874150) |

**Received By:** _____    **Received From:** _____

FD-597 (Rev. 4-13-2015)                                                                 Page 5 of 5

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

(signature)                                                                              (signature)

**Printed Name/Title:** _____        **Printed Name/Title:** _____